United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT § SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Milling, Benson, Woodward, LLP, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-20-239 |
| | § | |
| Olga Pavlovna Blakley, MD, | § | |
|    Respondent. | § | |

## Order of Adoption

On April 10, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (16) recommending that the court grant Milling, Benson, Woodward, LLP's motion to remand. Olga Pavlovna Blakley filed objections. (18) The court denies Blakley's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate order to remand.

Signed May 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge